UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61179-CIV-SINGHAL

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROYAL BENGAL LOGISTICS, INC., and
SANJAY SINGH,

    Defendants.
_____/

## ORDER GRANTING RECEIVERS' AMENDED MOTION
## TO SELL REAL PROPERTIES

**THIS CAUSE** comes before the Court on the Receivers' Motion to Sell Real Properties (the "Motion"), (DE [77]) filed on August 16, 2023. The Receivers request leave of this Court to sell three properties (the "Real Properties") placed into RBL's name by prior management. *See* (Mot. (DE [77] at ¶ 5)). The Receivers maintain that they have been unable to determine any business purpose connected with the acquisition of the Real Properties. *See id.* at ¶ 6. The four Real Properties are described as follows:

1. Single Family Home | Lubbock, TX

    6908 9th St.
    Lubbock, TX 79416
    Folio No. – R929850-00000-06600-000 (Property No. R172726)
    Legal Description – WESTCHESTER PARK L660

2. Single Family Home | Wolfforth, TX

    16913 FM-179 (3 parcels)
    Wolfforth, TX 79382
    Folio No. – AC90059-90385-10000-000 (Property No. R53026)
    Legal Description – BLK 20 SEC 59 AB 385 TR A1

3. Vacant Land | Wolfforth, TX

    Folio No. – AC90059-90385-10100-000 (Property No. R334379)

Legal Description – BLK 20 SEC 59 AB 385 TR A1A

4. Vacant Land | Wolfforth, TX

Folio No. – AC90059-90385-10200-000 (Property No. R344558)
Legal Description – BLK 20 SEC 59 AB 385 TR A1B

Having considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Receivers' Motion to Sell Real Properties free and clear of liens or encumbrances as of August 16, 2023 (DE [77]), is **GRANTED**.

2. The Receivers are authorized to retain Stamper Auctions of Davie, Florida to auction the Real Properties stated in the Motion.

3. The Receivers are authorized to sell at auction the Real Properties free and clear of all liens, claims and encumbrances, with the net proceeds to be paid the receivership estate.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of August 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel via CM/ECF